LISA COVILLE *v.* LIBERTY MUTUAL INSURANCE COMPANY*

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 275 (AC 18425), is granted, limited to the following issue:

"In this underinsured motorist action, did the Appellate Court properly conclude that the trial court's instructions to the jury, taken as a whole, failed to fairly and adequately present the case to the jury where the trial court did not specifically charge in accordance with 2 Restatement (Second), Torts §§ 314A and 324 (1965), as requested by the plaintiff?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16325.

*Edward J. Holahan, Jr.*, in support of the petition.

*Howard C. Kaplan, Matthew J. Forstadt* and *Daniel M. Young*, in opposition.

Decided June 19, 2000